**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

United States of America

Plaintiff(s),

v.

Gregory Doss

Defendant(s).

Case No.  19-cr-796
Judge Robert M. Dow

**<u>ORDER</u>**

Jury trial held. Jury reached a verdict.  With respect to the charge in the indictment, we, the jury, find the Defendant Gregory Doss, NOT GUILTY.  Defendant is hereby released from custody.

Date:  4/29/2022                                              /s/ Judge Dow